No. 1084. GEORGE R. COOKE CO. v. MAKI. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Thomas H. Adams* for petitioner.

No. 1093. MASSENGILL v. WILSON, ADMINISTRATOR. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Fred H. Parrin* for petitioner. *Mr. Joseph K. Brown* for respondent.

No. 1096. NEZ PERCE TRIBE OF INDIANS v. UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Court of Claims denied. *Messrs. F. M. Goodwin, Lawrence Cake, C. C. Dill,* and *Ernest L. Wilkinson* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Littell* for the United States.

No. 1118. STEELE v. NORTH CAROLINA. May 25, 1942. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Mr. Julius C. Smith* for petitioner. *Messrs. Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

No. 1120. MAGGIO ET AL. v. UNITED STATES. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harold Simandl* for petitioners. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Henry J. Fox* for the United States.